| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| | J. Christopher Mitchell (Bar No. 215639) |
| 2 | Stacy R. Hovan (Bar No. 271485) |
| | HOGAN LOVELLS US LLP |
| 3 | 4085 Campbell Avenue, Suite 100 |
| | Menlo Park, CA  94025 |
| 4 | Telephone:  + 1 (650) 463-4000 |
| | Facsimile:  + 1 (650) 463-4199 |
| 5 | robert.hawk@hoganlovells.com |
| | chris.mitchell@hoganlovells.com |
| 6 | stacy.hovan@hoganlovells.com |
| 7 | |
| 8 | Attorneys for Defendant |
| | PROVIDENT FUNDING ASSOCIATES, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. STEINBERG and SONIA STEINBERG, individually and on behalf of all others similarly situated, | | Case No. 3:15-CV-03743-JST |
| Plaintiffs, | | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | | |
| PROVIDENT FUNDING ASSOCIATES, L.P., | | |
| Defendant. | | |

Pursuant to Civil L.R. 6-1 and 6-2, Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs") and Defendant Provident Funding Associates, L.P. through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a First Amended Class Action Complaint (FAC) on January 21, 2016;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3) and 6(d), Defendant's response to the FAC is currently due on February 8;

WHEREAS, in light of prior commitments and other scheduling issues of counsel, Defendant requests additional time to answer or otherwise respond to the FAC;

WHEREAS, no trial date or discovery deadlines have been set, and this enlargement of time will not have an effect on the schedule for the case;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant and their counsel that Defendant's deadline to answer or otherwise respond to the FAC is extended to February 19, 2016.

Dated:  January 22, 2016                    HOGAN LOVELLS US LLP

                                            By:    /s/ *J. Christopher Mitchell*
                                                   J. Christopher Mitchell

                                            *Attorneys for Defendant Provident Funding Associates, L.P.*


Dated:  January 22, 2016                    KARST & VON OISTE LLP

                                            By:   /s/ *George H. Kim*
                                                  George H. Kim
                                                  KARST & VON OISTE LLP
                                                  9766 Wilshire Blvd., Suite 200
                                                  Beverly Hills, CA  90212-1820
                                                  Telephone: (310) 746-4099
                                                  Fax:  (310) 861-0525
                                                  george@gkimlaw.com

                                            *Attorneys for Plaintiffs Robert L. Steinberg and Sonia Steinberg*

1
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:15-CV-03743-JST

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the stipulation between Plaintiffs and Defendants is granted, and the deadline for Defendant to answer or otherwise respond to the First Amended Class Action Complaint is extended to February 19, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   January 25, 2016



_____
The Honorable Jon S. Tigar
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:15-CV-03743-JST