Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
PROVIDENT FUNDING ASSOCIATES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. STEINBERG and SONIA STEINBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>Defendant. | Case No. 3:15-CV-03743-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs") and Defendant Provident Funding Associates, L.P. by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, as permitted by the Court's December 22, 2015 Order Granting Motion to Dismiss, Plaintiffs filed a First Amended Class Action Complaint (FAC) on January 21, 2016;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(3) and 6(d), Defendant's response to the FAC is currently due on February 8, 2016;

WHEREAS, on January 22, 2016, Defendant requested additional time to answer or otherwise respond to the FAC and parties filed a stipulation and [proposed] order, and it is Defendant's intention to file a motion to dismiss the FAC;

WHEREAS, the currently scheduled Case Management Conference (CMC) is set for February 10, 2016, on a date before the parties will have completed briefing the contemplated motion to dismiss,

WHEREAS, the parties have concluded that it would be more efficient and productive to defer the CMC until a date after the motion to dismiss is decided;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant and their counsel that, subject to Court approval, that the CMC be continued to April 6, 2016 or a later date that is convenient for the Court.

Dated:  January 26, 2016          HOGAN LOVELLS US LLP

                                  By:   /s/ *Robert B. Hawk*
                                        Robert B. Hawk

                                  *Attorneys for Defendant Provident Funding Associates, L.P.*


Dated:  January 26, 2016          KARST & VON OISTE LLP

                                  By:   /s/ *George H. Kim*
                                        George H. Kim
                                        KARST & VON OISTE LLP
                                        9766 Wilshire Blvd., Suite 200
                                        Beverly Hills, CA  90212-1820

1
2
                                      Telephone: (310) 746-4099
                                      Fax:  (310) 861-0525
                                      george@gkimlaw.com

*Attorneys for Plaintiffs Robert L. Steinberg and Sonia Steinberg*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the stipulation between Plaintiffs and Defendants is granted, and the Case Management Conference is continued to April 20, 2016 at 2:00 p.m.  A Case Managment Statement is due by April 13, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 26, 2016

_____
The Honorable Jon S. Tigar
United States District Judge



STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-CV-03743-JST