1  Robert B. Hawk (Bar No. 118054)
   J. Christopher Mitchell (Bar No. 215639)
2  Stacy R. Hovan (Bar No. 271485)
   HOGAN LOVELLS US LLP
3  4085 Campbell Avenue, Suite 100
   Menlo Park, CA  94025
4  Telephone:  + 1 (650) 463-4000
   Facsimile:  + 1 (650) 463-4199
5  robert.hawk@hoganlovells.com
   chris.mitchell@hoganlovells.com
6  stacy.hovan@hoganlovells.com

7

   Attorneys for Defendant
8  PROVIDENT FUNDING ASSOCIATES, L.P.

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  ROBERT L. STEINBERG and SONIA           Case No. 3:15-CV-03743-JST
    STEINBERG, individually and on behalf of all
14  others similarly situated,
                                             **STIPULATION AND [PROPOSED]**
15              Plaintiffs,                  **ORDER EXTENDING BRIEFING**
                                             **SCHEDULE, CONTINUING**
16         v.                                **HEARING, AND CONTINUING CASE**
                                             **MANAGEMENT CONFERENCE**
17  PROVIDENT FUNDING ASSOCIATES, L.P.,

18              Defendant.

19

20

21

22

23

24

25

26

27

28

1   Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs") and Defendant Provident Funding Associates, L.P. by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Defendant filed a Motion to Dismiss First Amended Class Action Complaint on February 19, 2016 (Motion);

WHEREAS, under Civil L.R. 7-3, Plaintiffs' response to the Motion is currently due on March 4, 2016, and Defendant's reply to the Motion is currently due on March 11, 2016;

WHEREAS, the motion hearing is currently set for March 31, 2016;

WHEREAS, the case management conference is currently scheduled for April 6, 2016;

WHEREAS, in light of prior commitments and other scheduling issues of counsel, the parties request an extension of the briefing schedule, a continuation of the motion hearing, and a continuation of the case management conference;

WHEREAS, no trial date or discovery deadlines have been set, and this enlargement of time will not have an effect on the schedule for the case;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant and their counsel that, subject to Court approval, that:

1. the due date for Plaintiff's response to the Motion be extended to March 18, 2016;
2. the due date for Defendant's reply to the Motion be extended to April 1, 2016;
3. the motion hearing be continued to April 21, 2016, or a later date which is convenient for the Court; and
4. the case management conference be continued to May 4, 2016, or a later date which is convenient for the Court.

Dated:  February 26, 2016

HOGAN LOVELLS US LLP

By:   *Robert B. Hawk*
      Robert B. Hawk

*Attorneys for Defendant Provident Funding Associates, L.P.*

1
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE, CONTINUING HEARING, AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-CV-03743-JST

| | | |
|---|---|---|
| 1 | Dated: February 26, 2016 | KARST & VON OISTE LLP |
| 2 | | By: *George H. Kim* |
| 3 | | George H. Kim |
| | | KARST & VON OISTE LLP |
| 4 | | 9766 Wilshire Blvd., Suite 200 |
| | | Beverly Hills, CA  90212-1820 |
| 5 | | Telephone: (310) 746-4099 |
| | | Fax:  (310) 861-0525 |
| 6 | | george@gkimlaw.com |
| 7 | | *Attorneys for Plaintiffs Robert L. Steinberg and Sonia Steinberg* |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the stipulation between Plaintiffs and Defendants is granted, and:

1. the due date for Plaintiff's response to the Motion is extended to March 18, 2016;
2. the due date for Defendant's reply to the Motion is extended to April 1, 2016;
3. the motion hearing is continued to April 21, 2016; and
4. the case management conference is continued to June 1, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26           , 2016



_____
The Honorable Jon S. Tigar
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE, CONTINUING HEARING, AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-CV-03743-JST