UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. STEINBERG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>    Defendant. | Case No. 15-cv-03743-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 28 |

Before the Court is Defendant's Motion to Dismiss. ECF No. 28. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 21, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: April 11, 2016

                                              JON S. TIGAR
                                  United States District Judge