Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
PROVIDENT FUNDING ASSOCIATES, L.P.

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. STEINBERG and SONIA STEINBERG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PROVIDENT FUNDING ASSOCIATES, L.P.,

Defendant.

Case No. 3:15-CV-03743-JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS**

Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs") and Defendant Provident Funding Associates, L.P. by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, counsel for the parties have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

WHEREAS, Defendant has moved to dismiss the First Amended Complaint in its entirety, or in the alternative, to dismiss certain causes of action and claims for relief;

WHEREAS, the parties believe it is premature to engage in ADR while the Motion to Dismiss remains pending, but have agreed on an ADR process in the event the case moves forward;

THEREFORE, the parties stipulate and agree that the parties will participate in the Court-sponsored mediation process (ADR L.R. 6), but request that the ADR process be deferred until 90 days after the Court rules on Defendant's Motion to Dismiss.

Dated: May 18, 2016

HOGAN LOVELLS US LLP

By: /s/ Robert B. Hawk
Robert B. Hawk

*Attorneys for Defendant Provident Funding Associates, L.P.*

Dated: May 18, 2016

KARST & VON OISTE LLP

By: /s/ George H. Kim
George H. Kim
KARST & VON OISTE LLP
9766 Wilshire Blvd., Suite 200
Beverly Hills, CA 90212-1820
Telephone: (310) 746-4099
Fax: (310) 861-0525
george@gkimlaw.com

*Attorneys for Plaintiffs Robert L. Steinberg and Sonia Steinberg*

**~~[PROPOSED]~~ ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: May 20, 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. 3:15-CV-03743-JST

**L.R. 5-1(i)(3) ECF Attestation**

I, Robert B. Hawk, am the ECF user whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS.** In compliance with L.R. 5-1(i)(3), I hereby attest that George H. Kim has concurred with this filing.

                                               */s/ Robert B. Hawk*
                                               Robert B. Hawk