UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT L. STEINBERG, et al., | |
|---|---|
| Plaintiffs, | Case No. 15-cv-03743-JST |
| v. | **SCHEDULING ORDER** |
| PROVIDENT FUNDING ASSOCIATES, L.P., | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Mediation deadline (ECF No. 39) | September 15, 2016 |
| Deadline to add parties or amend the pleadings | October 7, 2016 |
| Deadline to file class certification motion | April 21, 2017 |
| Class certification opposition | May 19, 2017 |
| Class certification reply | June 2, 2017 |
| Hearing on class certification motion | June 22, 2017 at 2:00 p.m. |
| Fact discovery cut-off | March 24, 2017 |
| Expert disclosures | July 28, 2017 |
| Expert rebuttal | August 25, 2017 |

| Event | Deadline |
|---|---|
| Expert discovery cut-off | September 29, 2017 |
| Deadline to file dispositive motions | September 29, 2017 |
| Pretrial conference statement due | December 22, 2017 |
| Pretrial conference | January 5, 2018 |
| Trial | January 29, 2018 |
| Estimate of trial length (in days) | Eight |

This case will be tried to a jury.[1]

The Court expresses no view now as to the timing of Provident's anticipated summary judgment motion. See ECF No. 44 at 4.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

/ / /

/ / /

/ / /

---

[1] In the parties' Joint Case Management Statement, Provident contends that "Plaintiffs are not entitled to a jury trial under the terms of the governing loan agreements." ECF No. 44 at 7. The Court does not determine that issue now.

The Case Management Conference currently scheduled for August 10, 2016 is vacated.

IT IS SO ORDERED.

Dated: July 28, 2016

_____
JON S. TIGAR
United States District Judge