Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Deepak D. Singh (Bar No. 291258)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
Email:  robert.hawk@hoganlovells.com
Email:  chris.mitchell@hoganlovells.com
Email:  deepak.singh@hoganlovells.com

Attorneys for Defendant
PROVIDENT FUNDING ASSOCIATES, L.P.

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. STEINBERG and SONIA STEINBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>Defendant. | Case No. 3:15-CV-03743-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** |

1     Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs") and Defendant Provident Funding Associates, L.P. by and through their respective counsel, hereby stipulate and agree as follows:

    WHEREAS, the parties previously stipulated to participate in the Court-sponsored mediation process (ADR L.R. 6), to begin no fewer than ninety (90) days following the Court's June 17, 2016 ruling on the Motion to Dismiss (ECF No. 44);

    WHEREAS, in its July 28, 2016 Scheduling Order, the Court set a Mediation Deadline of September 15, 2016 (ECF No. 45);

    WHEREAS, counsel for the parties have conferred and agree that participating in a mediation session on or before September 15, 2016 would be premature, particularly in light of the early stage of this case;

    WHEREAS, the parties request that the Mediation Deadline be continued until such time as the parties have an opportunity to develop the record and take other steps that may make mediation more productive;

    THEREFORE, the parties stipulate and agree that the Mediation Deadline be extended until February 1, 2017.

Dated:  August 12, 2016    HOGAN LOVELLS US LLP

By:     */s/ J. Christopher Mitchell*
J. Christopher Mitchell
*Attorneys for Defendant Provident Funding Associates, L.P.*

Dated:  August 12, 2016    KARST & VON OISTE LLP

By:     */s/ George H. Kim*
George H. Kim
KARST & VON OISTE LLP
9766 Wilshire Blvd., Suite 200
Beverly Hills, CA  90212-1820
Telephone: (310) 746-4099
Fax:  (310) 861-0525
george@gkimlaw.com

*Attorneys for Plaintiffs Robert L. Steinberg and Sonia Steinberg*

1
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
CASE NO. 3:15-CV-03743-JST

1   **[PROPOSED] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: August 16, 2016

