United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. STEINBERG and SONIA STEINBERG, individually and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> PROVIDENT FUNDING ASSOCIATES, L.P., <br><br> DEFENDANT. | CASE NO._ 3:15-CV-03743-JST_____ <br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

## STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs"),

through this Stipulation of Voluntary Dismissal, hereby dismiss their claims in the above-entitled

action against Defendant Provident Funding Associates, L.P.  This dismissal shall be with prejudice

as to all individual claims asserted by Plaintiffs and without prejudice as to the claims of the putative

class.  The Parties enter into this Stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: __February 15, 2017_____    __/s/ Kyle A. Shamberg_____
                                                                        Attorneys for Plaintiffs
                                                                        Robert L. Steinberg and Sonia Steinberg


DATED: __February 15, 2017_____    __/s/ Robert B. Hawk_____
                                                                        Attorneys for Defendant
                                                                        Provident Funding Associates, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____    _____
                                                                        United States District Judge

### L.R. 5-1(i)(3) ECF Attestation

I, Robert B. Hawk, am the ECF user whose ID and password are being used to file the

**STIPULATION OF VOLUNTARY DISMISSAL**.

In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiffs' counsel Kyle A. Shamberg has concurred with this filing.

/s/ *Robert B. Hawk*

Robert B. Hawk

2