UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. STEINBERG and SONIA STEINBERG, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>DEFENDANT. | CASE NO._ 3:15-CV-03743-JST_____<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

**STIPULATION OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs Robert L. Steinberg and Sonia Steinberg ("Plaintiffs"), through this Stipulation of Voluntary Dismissal, hereby dismiss their claims in the above-entitled action against Defendant Provident Funding Associates, L.P.  This dismissal shall be with prejudice as to all individual claims asserted by Plaintiffs and without prejudice as to the claims of the putative class.  The Parties enter into this Stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED:  __February 15, 2017__         __/s/ Kyle A. Shamberg____
                                                             Attorneys for Plaintiffs
                                                             Robert L. Steinberg and Sonia Steinberg


DATED:  __February 15, 2017__         __/s/ Robert B. Hawk_____
                                                             Attorneys for Defendant
                                                             Provident Funding Associates, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: February 21, 2017_____         _____
                                                                     United States District Judge